**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Gerard Nicholas Torry
Attorney at Law
516 Napoleon St.
Baton Rouge LA 70802


**REHEARING ACTION: August 4, 2010**


**Docket Number: 10   00138-CA**

**SUCCESSION OF SIMON HARRELL AND CLARA HARRELL**
**VERSUS**
**ERRIS-OMEGA PLANTATION, INC., ET AL.**

**Appealed from Rapides Parish Case No. 222,091**


<u>**BEFORE JUDGES**</u>**:**

      **Hon. Ulysses Gene Thibodeaux**
      **Hon. Shannon J. Gremillion**
      **Hon. David Ellis Chatelain**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Successions of Simon Harrell and Clara Harrell** has this day

been

      **DENIED.**


cc: Michael L. Glass, Counsel for the Appellee